# ATTACHMENT 1

Capital Reporting Company
Craver vs. Leidos Holding, et al.  10-24-2014

1

V I R G I N I A:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

------------------------------------:
JOSEPH W. CRAVER, III,              :
                                    :
            Plaintiff,              :
    vs.                             : Case No.
                                    :
LEIDOS HOLDINGS, INC., et al.,      : 2014-06321
                                    :
            Defendants.             :
                                    :
------------------------------------:

                                              Fairfax, Virginia

                                 Friday, October 24, 2014

The hearing in the above-captioned matter was held pursuant to notice, at the Fairfax County Courthouse, 4110 Chain Bridge Road, Fairfax, Virginia, before BLAIRE G. BENEFIELD, FPR, of Capital Reporting Company, a Notary Public in and for the Commonwealth of Virginia, commencing at 1:24 p.m., before the HONORABLE LORRAINE NORDLUND.

Capital Reporting Company
Craver vs. Leidos Holding, et al.  10-24-2014

2

```
 1              A P P E A R A N C E S

 2   On behalf of Plaintiff:

 3        CARLA D. BROWN, ESQUIRE
          BRANDON NEWLANDS, ESQUIRE
 4        Charlson Bredehoft Cohen Brown & Sakata, P.C.
          11260 Roger Bacon Drive
 5        Suite 201
          Reston, Virginia 20190
 6        (703) 318-6800
          Cbrown@cbcblaw.com
 7

 8   On behalf of Defendants:

 9        MARTIN A. HEWETT, ESQUIRE
          ANDREA R. LUCAS, ESQUIRE
10        Gibson, Dunn & Crutcher LLP
          1050 Connecticut Avenue, Northwest
11        Washington, D.C. 20036
          (202) 955-8500
12        Alucas@gibsondunn.com

13   ALSO PRESENT:

14        Nicholas J. Dilenschneider, Gibson Dunn

15              *   *   *   *   *

16

17

18

19

20

21

22
```

Capital Reporting Company
Craver vs. Leidos Holding, et al. 10-24-2014

3

```
 1              P R O C E E D I N G S
 2         (Whereupon, the court reporter was
 3         sworn.)
 4         MS. BROWN:  May it please the Court,
 5  Carla Brown on behalf of Joseph Craver.  I'm
 6  joined by Brandon Newlands who is admitted pro hac
 7  vice and will be arguing.  And also Nick
 8  Dilenschneider who is in the well of the court and
 9  recently passed the bar but is not yet admitted.
10         THE COURT:  Great.
11         MR. NEWLANDS:  Good morning, Your Honor.
12         MS. LUCAS:  Good morning, Your Honor.
13  Andrea Lucas on behalf of defendants Leidos
14  Holdings, Inc., and Defendant Jonathan P. Jumper.
15  I'm also joined by my colleague Martin Hewett.
16         MR. HEWETT:  Good morning, Your Honor.
17         THE COURT:  Mr. Hewett.
18         MS. LUCAS:  He's admitted pro hac vice.
19         May it please the Court, may I proceed?
20         THE COURT:  Yes.
21         MS. LUCAS:  Your Honor, defendants in
22  this requested essentially three categories of
```

Capital Reporting Company
Craver vs. Leidos Holding, et al. 10-24-2014

4

1 very basic but highly relevant information. And
2 this information is critical to defendants'
3 litigation of this case; in particular,
4 Plaintiff's upcoming deposition which is scheduled
5 for just ten days from now. The three categories
6 of information are the names and contacts of
7 potential employers with whom Plaintiff has
8 pursued job opportunities, including pending
9 opportunities. That's addressed by Defendants'
10 interrogatory number 3.
11     THE COURT: Let me ask you this.
12     MS. LUCAS: Sure.
13     THE COURT: The problem I have with that
14 is that you are saying that the reason you want to
15 know the potential employers is because you want
16 to see his applications and what it is that he's
17 represented, correct?
18     MS. LUCAS: Yes, Your Honor. That's one
19 of the reasons.
20     THE COURT: What other reason would
21 there be?
22     MS. LUCAS: Well, those are the primary

Capital Reporting Company
Craver vs. Leidos Holding, et al. 10-24-2014

5

```
 1   reasons, but to flesh that out, it's to see what
 2   he said about his departure from Leidos as well as
 3   whether or not their files reflect consideration
 4   of the --
 5           THE COURT:  So why do you need the names
 6   of those?
 7           MS. LUCAS:  Well, Your Honor, in order
 8   to have the name -- in order to obtain their
 9   files, we need to know the names.
10           THE COURT:  Why?  Why?
11           I mean, if you're going to be given
12   copies of those applications with that information
13   redacted, why do you need the name of those
14   potential employers other than for the purpose of
15   harassment to prevent future employment?
16           MS. LUCAS:  Your Honor, we absolutely
17   reject the assertion that we're trying to harass
18   them, but these are the --
19           THE COURT:  Well, I don't reject it.
20           MS. LUCAS:  We respectfully disagree.
21   We're seeking to --
22           THE COURT:  See, here's the thing:  You
```

Capital Reporting Company
Craver vs. Leidos Holding, et al. 10-24-2014

6

1  don't need the names. You just need to know and

2  see the applications to see what he said. And

3  that information regarding the prospective

4  employers can be redacted out. And I could order

5  that it be for attorney's eyes only as well or I

6  could simply have it be in camera and you all

7  could come into court and view it there. But I'm

8  not going to simply give you all -- and I agree

9  with them. I'm not going to give you all carte

10 blanche to prevent him from obtaining future

11 employment. That's not appropriate.

12        MS. LUCAS: Defendants certainly want

13 plaintiff to become employed, but the plaintiff

14 has admitted in his interrogatory responses that

15 he's seeking employment with --

16        THE COURT: And yet you've sought

17 employment applications from those -- from those

18 employers with whom he's sought employment, you've

19 gone ahead and subpoenaed the employment

20 applications, employment records, job

21 applications, résumés, cover letters, interview

22 notes from the companies themselves, and all other

Capital Reporting Company
Craver vs. Leidos Holding, et al. 10-24-2014

7

1  documents. And essentially making it so that no

2  employer is going to want to touch this man.

3              MS. LUCAS: Again, respectfully, Your

4  Honor, these are multi-national companies.

5  They're large, multi-billion dollar companies.

6  They routinely deal with subpoenas every day, and

7  they deal with them in the ordinary course of

8  business. It is completely typical to receive

9  requests for information like this, and this is

10 not a --

11             THE COURT: And we're dealing with --

12             MS. LUCAS: -- significant --

13             THE COURT: -- companies that are

14 dealing with top secret security clearances, SAIC

15 and the like. The last thing they're going to

16 want to be involved in is something where

17 everything they're doing is being subpoenaed. If

18 the purpose -- if the real purpose is simply to

19 see what this man is saying in his applications,

20 absolutely you get those. But the information

21 about who those employers may be needs to be

22 redacted.

Capital Reporting Company
Craver vs. Leidos Holding, et al. 10-24-2014

8

1          MS. LUCAS:  Well, respectfully, Your

2   Honor, Plaintiff has not provided all of the

3   information on a variety of those employers, so

4   it's difficult to assess whether or not he's

5   actually produced documents if we don't have the

6   identity or at least the list of the number of

7   employers that he is potentially seeking,

8   including pending --

9          THE COURT:  Why do you need the list of

10  employers?  Why do you need the list of that?  Why

11  do you need to know each and every person that

12  he's looking at for future employment?  What

13  difference does that make in terms of what he's

14  told people?

15         MS. LUCAS:  Well, it matters --

16         THE COURT:  Why?

17         MS. LUCAS:  -- for several reasons,

18  about his mitigation for damages, about whether or

19  not he's --

20         THE COURT:  So in other words --

21         MS. LUCAS:  -- seeking --

22         THE COURT:  -- you need to mitigate

Capital Reporting Company
Craver vs. Leidos Holding, et al. 10-24-2014

9

```
 1  damages, but we're going to make it impossible for
 2  you to mitigate damages?
 3          MS. LUCAS:  We respectfully disagree
 4  that we're making it impossible for him to --
 5          THE COURT:  Of course you are.
 6          MS. LUCAS:  -- pursue employment.
 7          THE COURT:  Of course you are.  You are
 8  making it very difficult.  You are harassing him
 9  in his ability to seek new employment and making
10  it difficult in an area where secret clearances
11  are involved and the last thing they want is to
12  have their records subject to subpoenas from a
13  court.  And they've already made allegations that
14  it's made it difficult.
15          So I don't understand.  I mean, if your
16  true purpose -- if your true purpose is just to
17  see what he said, then that is satisfied by
18  receiving these in a redacted form rather than
19  getting the list of everybody that he's looking at
20  as potential employers so you can then contact
21  them and let them know that they have a problem
22  coming.
```

49

1      CERTIFICATE OF COURT REPORTER

2      I, BLAIRE G. BENEFIELD, FPR, the officer

3 before whom the foregoing hearing was taken, do

4 hereby certify that the testimony appearing in the

5 foregoing hearing was taken by me in stenotype and

6 thereafter reduced to typewriting by me; that said

7 transcription is a true record of the proceedings;

8 that I am neither counsel for, related to, nor

9 employed by any of the parties to the action in

10 which this was taken; and, further, that I am not

11 a relative or employee of any counsel or attorney

12 employed by the parties hereto, nor financially or

13 otherwise interested in the outcome of this

14 action.

15

16             *BBenefield*

17

18             _____
              BLAIRE G. BENEFIELD
              Notary Public in and for the
19            Commonwealth of Virginia

20 My commission expires:

21 January 31, 2016

22 Notary Registration No.: 7530333