# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| JOSEPH W. CRAVER, III </br></br> Plaintiff, </br></br> v. </br></br> LEIDOS HOLDINGS, INC., *et al.* </br></br> Defendants. | CA No. 1:15-cv-421-GBL-MSN |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joseph W. Craver, III and Defendants Leidos Holdings, Inc., John P. Jumper, David G. Fubini, John J. Hamre, Miriam E. John, Anita K. Jones, Harry M. J. Kraemer, Jr., Lawrence C. Nussdorf, Robert S. Shapard and Noel Brown Williams, having settled the matters among them, and consenting to the dismissal of this case, with prejudice; it is therefore

**ORDERED** this matter be, and it hereby is, dismissed, with prejudice as to all claims and all Defendants.

**SO ORDERED.**

Dated: _____          _____

The Honorable _____

_____
Elaine Charlson Bredehoft, VSB 23766
Carla D. Brown, VSB 44803
Brandon J. Newlands, Admitted *pro hac vice*
Nicholas J. Dilenschneider, VSB 87459
CHARLSON BREDEHOFT COHEN BROWN & JONES, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
*Counsel for Plaintiff, Joseph W. Craver III*


_____
Jason C. Schwartz, VSB 43645
Jason J. Mendro, Admitted *pro hac vice*
Martin A. Hewett, Admitted *pro hac vice*
Greta B. Williams, Admitted *pro hac vice*
Andrea R. Lucas, VSB 82357
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Counsel for Defendants*